Manuel Durán Pimentel
2524 Preserve Ct.
Mulberry, Florida 33860
813-326-7197

Frances Ríos de Morán, Clerk of the Court
United States District Court for the District of Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardon Street
Hato Rey, Puerto Rico 00918-1767


