**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

THE UNITED STATES OF AMERICA

    vs.                                  CASE NO. 99CR 273-02 (JAF)

MANUEL DURAN-PIMENTEL
* * * * * * * * * * * * * * * * * * * * * * *

**MOTION IN RESPONSE TO COURT ORDER DATED NOVEMBER 8, 2007**

**TO THE HONORABLE JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, JOSE A. FIGUEROA, U.S. PROBATION OFFICER** of this Court, respectfully informs that:

      On November 8, 2000, Your Honor sentenced the above-captioned, to ninety-seven (97) months of imprisonment and a five (5) year supervised release term after pleading guilty to violating Title 21, *U.S. Code* Section 841(a)(1). The offender was ordered to pay $100, special monetary assessment that was satisfied on the date of sentence. He has successfully complied with all supervision conditions as reported by his probation officer in the Middle District of Florida (MD/FL) where he resides.

      There have been no known violations of the conditions of supervision and no evidence of illicit drug use. He has also displayed a cooperative attitude as reported by his probation officer in the MD/FL. The Middle District of Florida does not oppose to early termination of this case.

      **However**, the offender has not complied with two-thirds of the supervised release term as required by the U.S. Probation rules and procedures. In addition, there is a strong *opposition* to early termination from the government due to the offender's participation and magnitude of drug trafficking activities in this case.

WHEREFORE, this motion is submitted in response to the Court order issued by this Your Honor, so that Your Honor may take the determination the Court deems appropriate.

In San Juan, Puerto Rico, this 30th day of November 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Jose A. Figueroa
Jose A. Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Phone No.:787-766-6153
Fax No.:   787-766-5945
jose_a_figueroa@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, November 30th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Antonio Bazan, Assistant U.S. Attorney, and Laura Maldonado, Esq. In San Juan, Puerto Rico, this 30th day of November, 2007.

s/Jose A. Figueroa
Jose A. Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Phone No.: 787-766-6153
Fax No.:     787-766-5945
jose_a_figueroa@prp.uscourts.gov
