| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2005** | (99) | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|

For the year Jan 1 - Dec 31, 2005, or other tax year beginning _____, 2005, ending _____, 20 _____   OMB No. 1545-0074

**Label** (See instructions.)

**Use the IRS label. Otherwise, please print or type.**

Your first name: SUSANA    MI: M    Last name: SERRANO CAPELLAN
Your social security number: 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

If a joint return, spouse's first name: MANUEL    MI: R    Last name: DURAN PIMENTEL
Spouse's social security number: 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

Home address (number and street). If you have a P.O. box, see instructions.: 2524 PRESERVE CT    Apartment no.: 

▲ You **must** enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions.: MULBERRY    State: FL    ZIP code: 33860

Checking a box below will not change your tax or refund.

**Presidential Election Campaign**   ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) .............▶  ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here.. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a ...........
b ☒ Spouse .................................................

Boxes checked on 6a and 6b .. **2**

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| JOHANSSEN DURAN SERRANO | 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 | Son | ☒ |
| CARLOS M HIDALGO | 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 | Son | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

No. of children on 6c who:
• lived with you ..... **2**
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above .
Add numbers on lines above ..... ▶ **4**

If more than four dependents, see instructions.

d Total number of exemptions claimed..................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ................................. | 7 | 26,032. |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if required............................... | 8a | 74. |
| b | **Tax-exempt** interest. **Do not** include on line 8a ............. | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required ............................. | 9a | |
| b | Qualifd divs (see instrs) ........................ | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ........ | 10 | |
| 11 | Alimony received ............................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ............................ | 12 | 3,358. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here....................▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 .................................. | 14 | |
| 15a | IRA distributions ........... 15a    b Taxable amount (see instrs).. | 15b | |
| 16a | Pensions and annuities ..... 16a    b Taxable amount (see instrs).. | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F................................. | 18 | |
| 19 | Unemployment compensation ........................................ | 19 | |
| 20a | Social security benefits ........ 20a    b Taxable amount (see instrs).. | 20b | |
| 21 | Other income _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income**. ▶ | 22 | 29,464. |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions)................ | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ...... | 24 | |
| 25 | Health savings account deduction. Attach Form 8889........ | 25 | |
| 26 | Moving expenses. Attach Form 3903 .................. | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ....... | 27 | 237. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans.......... | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) ............. | 29 | |
| 30 | Penalty on early withdrawal of savings ................. | 30 | |
| 31a | Alimony paid  b Recipient's SSN.... ▶ _____ | 31a | |
| 32 | IRA deduction (see instructions) .................... | 32 | |
| 33 | Student loan interest deduction (see instructions) .......... | 33 | 80. |
| 34 | Tuition and fees deduction (see instructions)............. | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 ...... | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 ................................................ | 36 | 317. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ................▶ | 37 | 29,147. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  11/07/05   Form **1040** (2005)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 29,147. |
| | 39a Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for —** | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 10,000. |
| | 41 Subtract line 40 from line 38 | 41 | 19,147. |
| | 42 If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 | 12,800. |
| • All others: | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 6,347. |
| Single or Married filing separately, $5,000 | 44 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 633. |
| | 45 Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Married filing jointly or Qualifying widow(er), $10,000 | 46 Add lines 44 and 45 ▶ | 46 | 633. |
| | 47 Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 Education credits. Attach Form 8863 | 50 | 546. |
| Head of household, $7,300 | 51 Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 Child tax credit (see instructions). Attach Form 8901 if required | 52 | 87. |
| | 53 Adoption credit. Attach Form 8839 | 53 | |
| | 54 Credits from: a ☐ Form 8396 b ☐ Form 8859 | 54 | |
| | 55 Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form _____ | 55 | |
| | 56 Add lines 47 through 55. These are your total credits | 56 | 633. |
| | 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0. |
| | 58 Self-employment tax. Attach Schedule SE | 58 | 474. |
| **Other Taxes** | 59 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 Advance earned income credit payments from Form(s) W-2 | 61 | |
| | 62 Household employment taxes. Attach Schedule H | 62 | |
| | 63 Add lines 57-62. This is your total tax ▶ | 63 | 474. |
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 | 64 | 3,150. |
| If you have a qualifying child, attach Schedule EIC. | 65 2005 estimated tax payments and amount applied from 2004 return | 65 | |
| | 66a Earned income credit (EIC) | 66a | 1,703. |
| | b Nontaxable combat pay election ▶ 66b | | |
| | 67 Excess social security and tier 1 RRTA tax withheld (see instructions) | 67 | |
| | 68 Additional child tax credit. Attach Form 8812 | 68 | 913. |
| | 69 Amount paid with request for extension to file (see instructions) | 69 | |
| | 70 Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | 71 | 5,766. |
| **Refund** | 72 If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | 72 | 5,292. |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d. | 73a Amount of line 72 you want refunded to you ▶ | 73a | 5,292. |
| | ▶ b Routing number 063000021  ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d Account number 1010087215564 | | |
| | 74 Amount of line 72 you want applied to your 2006 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions ▶ | 75 | |
| | 76 Estimated tax penalty (see instructions) 76 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No  Designee's name ▶  Phone no. ▶  Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶ [signed]  Date 4/4/06  Your occupation ACCOUNTING  Daytime phone number | | |
| | Spouse's signature. If a joint return, both must sign. ▶ [signed]  Date 4/4/06  Spouse's occupation CONSTRUCTION LABOR | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶  Date  Check if self-employed ☐  Preparer's SSN or PTIN | | |
| | Firm's name (or yours if self-employed) address, and ZIP code  Self-Prepared  EIN  Phone no. | | |

Form 1040 (2005)

FDIA0112  11/07/05

Form **1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**  **2006**  (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning _____, 2006, ending _____, 20___   OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: MANUEL R
Last name: DURAN
Your social security number: 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

If a joint return, spouse's first name and initial: SUSANA M
Last name: SERRANO
Spouse's social security number: 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

Home address (number and street): 2425 PRESERVE COURT
Apt. no.:

City, town or post office, state, and ZIP code: MULBERRY, FL 33860-0000

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child. (see page 17)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse
- c Dependents:

| (1) First Name Last Name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☒ if qualifying child for child tax credit (see pg 19) |
|---|---|---|---|
| JOHANSSEN DURAN | 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 | SON | X |
| MARIA CAPELLAN | 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 | PARENT | |
| EUGENIO SERRANO | 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 | PARENT | |

Boxes checked on 6a and 6b: 2
No. of children on 6c who:
- lived with you: 1
- did not live with you due to divorce or separation (see page 20): 0
- Dependents on 6c not entered above: 2

Add numbers on lines above ▶ 5

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see page 23.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

- 7  Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . 7   27982
- 8a Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . 8a   166
- b  Tax-exempt interest. Do not include on line 8a . . . . . 8b
- 9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . 9a
- b  Qualified dividends (see page 23) . . . . . . . . . . . 9b
- 10 Taxable refunds, credits, or offsets of state and local income taxes (see page 24) . . . 10
- 11 Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
- 12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . 12
- 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ 13
- 14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . 14
- 15a IRA distributions . . . . . . 15a              b Taxable amount (see page 25) 15b
- 16a Pensions and annuities . . . 16a              b Taxable amount (see page 26) 16b
- 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E 17
- 18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . 18
- 19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . 19
- 20a Social security benefits . . . 20a              b Taxable amount (see page 27) 20b
- 21 Other income. List type and amount (see page 29) _____ 21
- 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ 22   28148

**Adjusted Gross Income**
- 23 Archer MSA deduction. Attach Form 8853 . . . . . . . . . 23
- 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ 24
- 25 Health savings account deduction. Attach Form 8889 . . . 25
- 26 Moving expenses. Attach Form 3903 . . . . . . . . . . . 26
- 27 One-half of self-employment tax. Attach Schedule SE . . . 27
- 28 Self-employed SEP, SIMPLE and qualified plans . . . . . 28
- 29 Self-employed health insurance deduction (see page 29) . 29
- 30 Penalty on early withdrawal of savings . . . . . . . . . . 30
- 31a Alimony paid. b Recipient's SSN ▶ _____ 31a
- 32 IRA deduction (see page 31) . . . . . . . . . . . . . . 32
- 33 Student loan interest deduction (see page 33) . . . . . . 33
- 34 Jury duty pay you gave to your employer . . . . . . . . 34
- 35 Domestic production activities deduction. Attach Form 8903 35
- 36 Add lines 23 through 31a and 32 through 35 . . . . . . . . . . . . . . . . . 36
- 37 Subtract line 36 from line 22. This is your adjusted gross income . . . . . . . ▶ 37   28148

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.   QNA Copyright (c) 2006 TAXSLAYER.   Form **1040** (2006)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 28148 |
| Standard Deduction for - | 39a Check if: ☐ You were born before January 2, 1942. ☐ Blind. ☐ Spouse was born before January 2, 1942. ☐ Blind. Total boxes checked ▶ 39a | | |
| | b If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 17187 |
| | 41 Subtract line 40 from line 38 | 41 | 10961 |
| | 42 If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d. | 42 | 16500 |
| | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| • All others: Single or Married filing separately, $5,150 | 44 Tax (See page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | |
| | 45 Alternative minimum tax. (see page 39). Attach Form 6251 | 45 | |
| | 46 Add lines 44 and 45 ▶ | 46 | |
| | 47 Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| Married filing jointly or Qualifying widow(er), $10,300 | 50 Education credits. Attach Form 8863 | 50 | |
| | 51 Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 Residential energy credits. Attach Form 5695 | 52 | |
| | 53 Child Tax credit (see page 42). Attach Form 8901 if required | 53 | |
| | 54 Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | |
| Head of household, $7,550 | 55 Other Credits a ☐ Form 3800 b ☐ Form 8801 c ☐ Form ____ | 55 | |
| | 56 Add line 47 through 55. These are your total credits | 56 | |
| | 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0 |
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE | 58 | |
| | 59 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 Household employment taxes. Attach Schedule H | 62 | |
| | 63 Add lines 57 through 62. This is your total tax ▶ | 63 | 0 |
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 | 64 | 2935 |
| | 65 2006 estimated tax payments and amount applied from 2005 return | 65 | |
| | 66a Earned income credit (EIC) | 66a | 939 |
| | b Nontaxable combat pay election ▶ 66b | | |
| If you have a qualifying child, attach Schedule EIC. | 67 Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | |
| | 68 Additional child tax credit. Attach Form 8812 | 68 | 1000 |
| | 69 Amount paid with request for extension to file (see page 60) | 69 | |
| | 70 Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | 60 |
| | 72 Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 72 | 4934 |
| **Refund** Direct deposit? See page 61 and fill in 74b, 74c, and 74d or Form 8888. | 73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 4934 |
| | 74a Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 4934 |
| | ▶ b Routing number 0 6 3 0 0 0 2 1  c Type: ☒ Checking ☐ Savings | | |
| | ▶ d Account number 1 0 1 0 0 8 7 2 1 5 5 6 4 | | |
| | 75 Amount of line 73 you want applied to your 2007 estimated tax ▶ 75 | | |
| **Amount You Owe** | 76 Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 | |
| | 77 Estimated tax penalty (see page 62.) | 77 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 63)? ☒ Yes. Complete the following. ☐ No | | |
| | Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶ | | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number 863-648-2483 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature | Date 03/22/07 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | CRUZ AND CRUZ ACCOUNTING CORP 5015 W WATERS AVE STE F TAMPA, FL 33634- | EIN 20-0583859 | |
| | | Phone no. 813-882-3400 | |

# Form 1040 — U.S. Individual Income Tax Return 2007

Department of the Treasury - Internal Revenue Service (99)   IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2007, or other tax year beginning ____, 2007, ending ____, 20 ____   OMB No. 1545-0074

**Label** (See instructions) Use the IRS label. Otherwise, please print or type.

Name: MANUEL R DURAN
Spouse's Name (if Joint Return): SUSANA M SERRANO
Home Address: 2524 PRESERVE COURT
City, State, and ZIP Code: Mulberry FL 33860-

Your social security number: 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
Spouse's social security no.: 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

You must enter your SSN(s) above. Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b ☒ Spouse

Boxes checked on 6a and 6b: **2**

6c Dependents:

| (1) First name Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst) |
|---|---|---|---|
| JOHANSSEN DURAN | 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 | SON | X |
| NIZA DURAN | 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 | NIECE | |
| MARIA CAPELLAN | 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 | PARENT | |
| EUGENIO SERRANO | 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 | PARENT | |

No. of children on 6c who:
- lived with you: **2**
- did not live with you due to divorce or separation (see instr.): **0**
- Dependents on 6c not entered above: **2**

Add numbers on lines above ▶ **6**

d Total number of exemptions claimed .................

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 26,419. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | (731.) |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions / b Taxable amount (see inst.) | |
| 16a | Pensions and annuities / b Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits / b Taxable amount (see inst.) | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 25,688. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 25,688. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form **1040** (2007)

Form 1040 (2007)  MANUEL R DURAN & SUSANA M SERRANO  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  Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) ... **38** | 25,688. |
| | 39a | Check if: ☐ You were born before Jan. 2, 1943, ☐ Blind. ☐ Spouse was born before Jan. 2, 1943, ☐ Blind. Total boxes checked ▶ 39a | |
| **Standard Deduction for -** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instr. | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) ... **40** | 17,431. |
| | 41 | Subtract line 40 from line 38 ... **41** | 8,257. |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet in the instructions ... **42** | 20,400. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- ... **43** | 0 |
| • All others: Single or Married filing separately, $5,350 | 44 | Tax (see instr.). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 **44** | |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 ... **45** | |
| | 46 | Add lines 44 and 45 ▶ **46** | |
| | 47 | Credit for child and dependent care exp. Attach Form 2441 .. **47** | |
| Married filing jointly or Qualifying widow(er), $10,700 | 48 | Credit for the elderly or the disabled. Attach Schedule R ... **48** | |
| | 49 | Education credits. Attach Form 8863 ... **49** | |
| | 50 | Residential energy credits. Attach Form 5695 ... **50** | |
| | 51 | Foreign tax credit. Attach Form 1116 if required ... **51** | |
| | 52 | Child tax credit (see inst.). Attach Form 8901 if required ... **52** | |
| Head of household, $7,850 | 53 | Retirement savings contributions credit. Attach Form 8880 ... **53** | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 **54** | |
| | 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form **55** | |
| | 56 | Add lines 47 through 55. These are your **total credits** ... **56** | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ **57** | |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE ... **58** | |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137  b ☐ Form 8919 ... **59** | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required ... **60** | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 ... **61** | |
| | 62 | Household employment taxes. Attach Schedule H ... **62** | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ **63** | |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 ... **64** 2,084. | |
| | 65 | 2007 estimated tax pymts and amt applied from 2006 return **65** | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) ... **66a** 2,971. | |
| | b | Nontaxable combat pay election ▶ **66b** | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see inst) **67** | |
| | 68 | Additional child tax credit. Attach Form 8812 ... **68** 1,000. | |
| | 69 | Amount paid with request for extension to file (see inst) ... **69** | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 **70** | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 **71** | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ **72** | 6,055. |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** **73** | 6,055. |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ **74a** | 6,055. |
| | b | Routing number 063000021 ▶ c Type: ☒ Checking ☐ Savings | |
| | d | Account number 1010087215564 | |
| | 75 | Amount of line 73 you want **applied to your 2008 estimated tax** ▶ **75** | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see instructions ▶ **76** | |
| | 77 | Estimated tax penalty (see instructions) ... **77** | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | |
| | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instr. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature  Date  Your occupation A/C TECHNITIAN  Daytime phone number 863-648-2483 | | |
| | Spouse's signature. If a joint return, both must sign.  Date  Spouse's occupation ACCOUNTANT | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ ANDRES LOPEZ ALVARADO  Date 03/18/2008  Check if self-employed ☒  Preparer's SSN or PTIN P00780348 | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ AA ACCOUNTING & TAX  APARTADO 1750  Juana Diaz PR 00795-  EIN  Phone no. 787-847-1838 | | |